United States Courts
Southern District of Texas
FILED

APR 1 0 2019

David J. Bradley, Clerk of Court

AO91 (Rev. 12/03)  Criminal Complaint                                        AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **vs.** | |
| Amilcar Efrain AYALA-Ayala | Case Number: C-19-1398m |

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about ___April 07, 2019___ in ___Hidalgo___ County, in

the ___Southern District Of Texas___ defendant(s)

Amilcar Efrain AYALA-Ayala being an alien to the United States, did knowingly and unlawfully enter the United States from Mexico, at a point near Hidalgo, Texas on April 07, 2019 which said time and place was other than as designated by immigration officials of the United States for the entrance of immigrants into the United States

in violation of Title ___8___ United States Code, Section(s) ___1325(a)(1)___

I further state that I am a(n) ___Border Patrol Agent___ and that this complaint is based on the following facts:

On April 09, 2019 Border Patrol Agents encountered Amilcar Efrain AYALA-Ayala attempting to circumvent the United States Border Patrol Checkpoint near Sarita, Texas.  Border Patrol Agents determined Amilcar Efrain AYALA-Ayala to be a citizen and national of El Salvador without any valid immigration documents to enter or remain in the United States legally.  Amilcar Efrain AYALA-Ayala stated he entered the United States illegally by crossing the Rio Grande River on or about April 07, 2019 near Hidalgo, Texas.  Amilcar Efrain AYALA-Ayala entered the United States at a time and place not designated by immigration officials for the entrance of immigrants into the country.  AUSA Julie Hampton was briefed on the case and accepted prosecution for a violation of Title 8 USC 1325, Illegal Entry into the United States.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:      ☐ Yes   ☒ No

Signature of Complainant

Ruiz, Gilbert    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

___April 10, 2019___                                    at    Corpus Christi, Texas
Date                                                              City/State

Jason Libby                         U.S. Magistrate Judge
Name of Judge                    Title of Judge                        Signature of Judge